PETER R. JOHL *v.* TOWN OF GROTON

The plaintiff's motion for a review of the order of the trial court dated October 15, 1976, denying his motion for an extension of time in which to file an appeal is granted and the relief sought therein is denied.

*Peter R. Johl,* pro se, in support of the motion.

Submitted October 25—decided November 3, 1976

MARY SCHUMSKI *v.* BOARD OF ZONING APPEALS OF THE TOWN OF BEACON FALLS ET AL.

The petition by the defendants Joseph Laskowski et al. for certification for appeal from the Court of Common Pleas for the judicial district of Ansonia-Milford is denied.

*Prescott W. May,* in support of the petition.
*John H. Burns,* in opposition.

Submitted October 26—decided November 3, 1976

STATE OF CONNECTICUT *v.* JAMES KLEIN

The defendant's motion for a review of the order of the trial court denying on September 30, 1976, a reduction of his bond is granted and the relief sought therein is denied.

*Leslie Byelas,* in support of the motion.

Submitted October 28—decided November 3, 1976